1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney Chief, Civil Division
4  FRANCESCO P. BENAVIDES [C.S.B.N. 258924]
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
6       San Francisco, CA  94105
        Telephone: 415-977-8978
7       Facsimile: 415-744-0134
8       E-Mail: Francesco.Benavides@SSA.gov
9  Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| MISTI D. PLATT, | Case No.: 2:14-cv-00597-AS |
| Plaintiff, | [~~PROPOSED~~] |
| vs. | **JUDGMENT OF REMAND** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: July 28, 2014            / s /
                        THE HONORABLE ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE