**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Misti D. Platt

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTI D. PLATT,<br><br>　　Plaintiff,<br><br>　　v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | No. CV14-00597 AS<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

　　IT IS ORDERED that the fees and expenses shall be paid in the amount of TWO THOUSAND EIGHT HUNDRED EIGHT DOLLARS and SEVENTY-FOUR CENTS ($2,808.74) for attorney fees and FOUR HUNDRED TWENTY-TWO DOLLARS and SIXTY-TWO CENTS ($422.62) for costs, as authorized by 28 U.S.C. §§1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: September 19, 2014

　　　　　　　　　　　　　　　　　　/ s /
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　THE HONORABLE ALKA SAGAR
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE